## The Commonwealth *against* PASCALIS.

Thursday, December 9th.
A preference must be asked for the commonwealth causes upon the first day of the jury period.

ON this day, which was the *fourth* day of the term and of the general jury period, the attorney general asked the court to give this cause a precedence upon the trial list, agreeably to rule 52. 7th *January* 1789. But

Per CURIAM. A preference should have been asked upon the first day. The cause must now take its chance.